BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
FEB 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15 CR 00046 LJO SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| CRISTINA ANTONIA MARTINEZ ET AL., | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 19, 2015, charging the above defendants with 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) and other charges including Criminal Forfeiture Allegations be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the

Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: February 19, 2015        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By    /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   February 19, 2015      /s/ Sheila K. Oberto
U.S. Magistrate Judge

Motion to Seal Indictment                2