BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00046 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS |
| v. | |
| CHRISTINA ANTONIA MARTINEZ, LENELE MARIA NUNEZ, MONA ALICIA CHAVARIN, and LANCE ARON WILSON, | COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to dates of birth, telephone numbers, residential addresses, social security numbers and tax information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, the defendants, by and through their counsel of record, as set forth below ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Kathleen A. Servatius, hereby agree and stipulate as follows:

///

[PROPOSED] PROTECTIVE ORDER            1

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit the Defendants to view unredacted documents in the presence of their attorneys, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendants to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agree to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

Dated:  March 19, 2015                              BENJAMIN B. WAGNER
                                                                     United States Attorney


                                                           By:   /s/Kathleen A. Servatius
                                                                     KATHLEEN A. SERVATIUS
                                                                     Assistant United States Attorney


Dated:  March 19, 2015                   By:   /s/Eric K. Kersten
                                                                     ERIC V. KERSTEN
                                                                     Attorney for Defendant
                                                                     CHRISTINA ANTONIA MARTINEZ


Dated:  March 19, 2015                   By:   /s/John Frederick Garland
                                                                     JOHN FREDERICK GARLAND
                                                                     Attorney for Defendant
                                                                     LENELE MARIA NUNEZ


Dated:  March 19, 2015                   By:   /s/Edward Marshall Hodgkins, III
                                                                     EDWARD MARSHALL HODGKINS, III
                                                                     Attorney for Defendant
                                                                     MONA ALICIA CHAVARIN


Dated:  March 19, 2015                   By:   /s/Ryan Alan Roth
                                                                     RYAN ALAN ROTH
                                                                     Attorney for Defendant
                                                                     LANCE AARON WILSON


IT IS SO ORDERED.

   Dated:   **April 8, 2015**                        **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE