HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHRISTINA ANTONIA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-CR-00046 LJO-SKO-1 |
|---|---|---|
| *Plaintiff*, | ) ) ) | |
| vs. | ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| | ) ) | |
| CHRISTINA ANTONIA MARTINEZ, | ) ) | Magistrate Judge:   Hon. Sheila K. Oberto |
| *Defendant*. | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, CHRISTINA ANTONIA MARTINEZ, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Defendant makes this request because she resides in Modesto, California, works full time and cares for her small children.  Defendant wishes to reduce the expenses of traveling to court for non-substantive hearing.

///

This request is made pursuant to Fed. R. Crim. P. 43(b)(3).

DATED: October 21, 2015  /s/ *Christina A. Martinez*
CHRISTINA A. MARTINEZ
(Original Signature in File)

DATED: October 21, 2015  /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for CHRISTINA A. MARTINEZ

**O R D E R**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **October 22, 2015**                   **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE