HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTINA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-cr-00046 LJO-SKO-1 |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | |
| CHRISTINA ANTONIA MARTINEZ, | DATE:  March 20, 2017<br>TIME:  8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing scheduled for January 17, 2017, may be continued to March 20, 2017, or the soonest date thereafter convenient to the Court.

Ms. Martinez is involved in a child custody dispute with the father of her son. The defense is requesting a continuance to allow additional time to attempt to resolve the custody dispute prior to sentencing.  The government does not object to the requested continuance.

The parties agree that the delay resulting from this continuance shall be excluded in the

///

///

///

interests of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

DATED: November 9, 2016         By   /s/ *Kathleen A. Servatius*
                                        KATHLEEN A. SERVATIUS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: November 9, 2016         By   /s/ *Eric V. Kersten*
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CHRISTINA MARTINEZ

**ORDER**

The sentencing hearing for Christina Martinez is continued to March 20, 2017, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **November 9, 2016**         /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE