HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTINA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00046 LJO-SKO-1 |
|---|---|---|
| *Plaintiff,* | ) | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | ) | |
| CHRISTINA ANTONIA MARTINEZ, | ) | DATE:  May 15, 2017<br>TIME:  8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |
| *Defendant.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing scheduled for March 20, 2017, may be continued to May 15, 2017, or the soonest date thereafter convenient to the Court.

Ms. Martinez was scheduled to meet with the probation to participate in her presentence interview on the afternoon of January 24, 2017. That appointment had to be rescheduled because Martinez' son became ill and had to be picked up from school, and no one else was available to do so. The appointment was rescheduled, but counsel inadvertently misadvised Martinez of the new date.  The assigned probation officer is now away from the office for training and it will not be possible for the report to be completed, and the standard objection process complied with prior to sentencing. This continuance is requested to allow sufficient time for the presentence

interview, preparation of the presentence report, and the standard objection process.  The government does not object to the requested continuance.

The parties agree that the delay resulting from this continuance shall be excluded in the interests of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  February 10, 2017          By     /s/ *Kathleen A. Servatius*
                                          KATHLEEN A. SERVATIUS
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  February 10, 2017          By     /s/ *Eric V. Kersten*
                                          ERIC V. KERSTEN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          CHRISTINA MARTINEZ

## ORDER

The sentencing hearing for Christina Martinez is continued to May 15, 2017, at 8:30 a.m.

IT IS SO ORDERED.

   Dated:  **February 13, 2017**            /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE