HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTINA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00046  LJO-SKO-1 |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | ) ) | |
| CHRISTINA ANTONIA MARTINEZ, | ) ) | DATE:    October 16, 2017<br>TIME:    8:30 a.m. |
| *Defendant.* | ) ) ) | JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing scheduled for September 11, 2017, may be continued to October 16, 2017, or the soonest date thereafter convenient to the Court.

This continuance is requested to allow the parties additional time to gather relevant information that should be considered by the Court prior to imposing sentence.  One of Ms. Martinez's co-defendants, Lance Wilson, is scheduled for sentencing on September 11, 2017, while the other remaining co-defendant, Lenele Nunez, is scheduled for sentencing on March 26, 2018.

///

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: September 7, 2017      By    /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 7, 2017      By    /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CHRISTINA MARTINEZ

**ORDER**

**IT IS SO ORDERED**. The sentencing hearing for Christina Martinez is continued to October 16, 2017, at 9:30 a.m.

DATED: September 7, 2017.      /s/ Lawrence J. O'Neill

Honorable Lawrence J. O'Neill
Chief United States District Judge