| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| 2 | Federal Defender |
| | ERIC V. KERSTEN, Bar #226429 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721-2226 |
| 5 | Telephone: (559) 487-5561 |

Attorney for Defendant
CHRISTINA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00046  LJO-SKO-1 |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING AND ORDER |
| v. | ) | |
| | ) | |
| CHRISTINA ANTONIA MARTINEZ, | ) | DATE: January 8, 2018 |
| | ) | TIME: 8:30 a.m. |
| *Defendant.* | ) | JUDGE: Hon. Lawrence J. O'Neill |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing scheduled for October 16, 2017, may be continued to January 8, 2018, or the soonest date thereafter convenient to the Court.

The father of Ms. Martinez received a kidney transplant approximately ten years ago and has been extremely ill recently.  Her father has an appointment with a kidney specialist in the San Francisco Bay area scheduled for October 16, 2017, and Ms. Martinez would like to accompany her father to that appointment.  In addition, this continuance is requested to allow the parties additional time to gather relevant information that should be considered by the Court prior to imposing sentence.

///

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: October 11, 2017     By  /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: October 11, 2017     By  /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CHRISTINA MARTINEZ

## ORDER

**IT IS SO ORDERED**. The sentencing hearing for Christina Martinez is continued to January 8, 2018, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **October 12, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE