| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | CHRISTINA MARTINEZ |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00046 LJO-SKO-1 |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO MODIFY |
| | ) | CONDITIONS OF PRETRIAL |
| v. | ) | RELEASE:  ORDER |
| | ) | |
| CHRISTINA ANTONIA MARTINEZ, | ) | |
| | ) | |
| *Defendant.* | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that effective forthwith the conditions of Pretrial Release for Christina Martinez shall be modified to remove the condition that she be placed in the custody of her father, Robert Martinez.

Pretrial Services Officer Alicia Mirgain has informed the parties that Robert Martinez recently passed away and can no longer serve as defendant's custodian. Because Ms. Martinez has complied with her conditions of pretrial release for three years, since February 26, 2015, Pretrial Services has suggested that removal of Ms. Martinez's third party custodian release condition is appropriate. The parties agree that removal of the condition requiring a third party custodian is proper and request that Ms. Martinez's conditions of release be so modified.

All other conditions of release will remain in full force and effect. The parties believe the remaining conditions are adequate to reasonably assure Ms. Mar6tinez's presence at all further proceedings, and to protect the safety of the community.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: February 21, 2018 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 21, 2018 /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CHRISTINA MARTINEZ

**ORDER**

IT IS SO ORDERED.

Dated: **February 22, 2018** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE