1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5
6  Attorney for Defendant
   CHRISTINA MARTINEZ
7
8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. 1:15-cr-00046 LJO-SKO-1
                                       )
12             *Plaintiff,*            )    STIPULATION TO CONTINUE
                                       )    SENTENCING AND ORDER
13      v.                             )
                                       )
14  CHRISTINA ANTONIA MARTINEZ,        )    DATE:   December 3, 2018
                                       )    TIME:   8:30 a.m.
15             *Defendant.*            )    JUDGE:  Hon. Lawrence J. O'Neill
                                       )
16  _____)

17

18      **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19  counsel, that the sentencing hearing scheduled for April 30, 2018, may be continued to

20  December 3, 2018, or the soonest date thereafter convenient to the Court.

21      This continuance is requested to allow the parties additional time to gather relevant

22  information that should be considered by the Court prior to imposing sentence.

23      The parties agree that the delay resulting from this continuance shall be excluded in the

24  interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. §

25  3161(h)(7)(A).  The parties further agree that they shall not request further sentencing

26  continuances in this matter.

27  ///

28

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: April 24, 2018          /s/ *Kathleen A. Servatius*
                               KATHLEEN A. SERVATIUS
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

DATED: April 24, 2018          /s/ *Eric V. Kersten*
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               CHRISTINA MARTINEZ




**ORDER**

The sentencing hearing for Christina Martinez is continued to December 3, 2018 at 8:30

a.m.

IT IS SO ORDERED.

Dated:   **April 25, 2018**          **/s/ Lawrence J. O'Neill**
                               UNITED STATES CHIEF DISTRICT JUDGE