# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
FEB 14 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:15-CR-00046
Christina Antonia Martinez )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Christina Antonia Martinez, have discussed with Margarita Zepeda, Pretrial Services Officer, modifications of my release conditions as follows:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions of release not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_C. Martinez_ 2-12-19          _[signature]_ 12/19/2018
Signature of Defendant  Date   Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                              2/13/2019
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                              2/13/19
Signature of Defense Counsel   Date

### ORDER OF THE COURT
[X] The above modification of conditions of release is ordered, to be effective on 2/14/2019
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                              2/14/2019
Signature of Judicial Officer   Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services