McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA ANTONIA MARTINEZ,<br><br>Defendant. | CASE NO. 1:15-CR-00046-LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER<br><br>DATE: March 4, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing hearing on March 4, 2019.

2. By this stipulation, the government now moves to continue the sentencing hearing until March 25, 2019.

3. Counsel for the government, Kathleen Servatius, has been out of the office for a prolonged period of time due to medical issues. Continuances have previously been granted by this Court to accommodate her absence. Ms. Servatius was able to return to work on February 25, 2019 on a limited basis.

4. Although the government has assigned co-counsel to assist in this matter, Ms. Servatius wishes to handle the matter due to the history of the matter and her familiarity with the case.

5. The government is requesting that the sentencing hearing be continued to March 25, 2019 so she may prepare the matter and be present at the sentencing hearing.

6. Counsel for the defendant has no objection to the requested continuance.

IT IS SO STIPULATED.

Dated: February 28, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: February 28, 2019

/s/ Eric Kersten
Eric Kersten
Counsel for Defendant
CHRISTINA ANTONIA MARTINEZ

**ORDER**

IT IS ORDERED that the sentencing hearing currently set for March 4, 2019 be continued to March 25, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **February 28, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE