HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTINA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINA ANTONIA MARTINEZ, <br><br> Defendant. | No. 1:15-cr-00046 LJO-SKO-1 <br><br> STIPULATION TO CONTINUE SENTENCING AND ORDER <br><br><br> DATE: June 17, 2019 <br> TIME: 10:30 a.m. <br> JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing scheduled for April 8, 2019, may be continued to June 17, 2019, or the soonest date thereafter convenient to the Court.

This continuance is requested to allow the parties additional time to gather relevant information that should be considered by the Court prior to imposing sentence.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: April 2, 2019 | | /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 2, 2019 | | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTINA MARTINEZ |

**ORDER**

The sentencing hearing for Christina Martinez is continued to June 17, 2019, at 10:30 a.m.

IT IS SO ORDERED.

Dated: **April 3, 2019**     /s/ Lawrence J. O'Neill
     UNITED STATES CHIEF DISTRICT JUDGE