| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>CHRISTINA MARTINEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00046 LJO-SKO-1 |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SURRENDER DATE; |
| v. | ) ) | ORDER; ATTACHMENTS |
| CHRISTINA ANTONIA MARTINEZ, | ) ) | |
| Defendant. | ) ) | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender, Eric V. Kersten, Counsel for Defendant, Christina Antonia Martinez, that the self-surrender date for service of sentence may be continued from Tuesday, January 7, 2020 to Tuesday, April 28, 2020.

Christina Martinez is pregnant with a December 25, 2019 due date. For this reason, the court set a January 7, 2020 surrender date at the time of sentencing, but stated the date would be extend if adequate justification was provided.

The attached letter from Dr. Silvia Diego, Christina's obstetrician, states Christina will need eight weeks to recover from the effects of her third caesarian section delivery; but Dr.

Diego recommends twelve months to allow time for breastfeeding and bonding between Christina and her baby. Dr. Diego is a graduate of Stanford Medical School and currently serves as president of the Stanislaus Medical Society. She holds membership at the American Academy of Family Physicians and Stanford Medical School Alumni Association and serves as a board member of Doctor's Medical Center Hospital, Latino Physicians of California, and Foundation for Health Professions. She also served on the Medical Board of California through 2014.

The attached American Academy of Pediatrics (AAP) article provides a detailed review of the benefits of breastfeeding. The AAP recommends exclusive breastfeeding for 6 months, with a continuation of breastfeeding for one year or longer. As noted in the article, the World Health Organization (WHO), and the Institute of Medicine concur with the recommendation for exclusive breastfeeding for six months, with a continuation of breastfeeding for one year or longer.

Also, despite the court's FCI Dublin Recommendation, the BOP has designated Ms. Martinez to a facility in Texas. This designation will greatly complicate visits between Christina and her baby during the term of incarceration, especially given that the baby's father is a longtime PG&E employee who often works more than 40 hours per week.

While a one year extension of the self-surrender date may be excessive, the parties believe an extension to April 28, 2020, four full months after the anticipated delivery date, is a reasonable compromise given Dr. Diego's recommendation and the cited authorities.

Respectfully submitted,

McGREGOR W. SCOTT  
United States Attorney

DATED: September 3, 2019    /s/ *Kathleen A. Servatius*  
KATHLEEN A. SERVATIUS  
Assistant United States Attorney  
Attorney for Plaintiff

///

///

| | |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 3, 2019 | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTINA ANTONIA MARTINEZ |

**ORDER**

Having been sentenced to the custody of the Bureau of Prisons, Defendant Christina Antonia Martinez, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal's office in Fresno, California before 2:00 p.m. on April 28, 2020. The defendant is advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this Order.

IT IS SO ORDERED.

Dated: **September 11, 2019**     /s/ Lawrence J. O'Neill
                              UNITED STATES CHIEF DISTRICT JUDGE