| | |
|---|---|
| HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender<br>ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, CA  93721-2226<br>Telephone: (559) 487-5561<br><br>Attorney for Defendant<br>CHRISTINA MARTINEZ | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>CHRISTINA ANTONIA MARTINEZ,<br><br>*Defendant.* | No. 1:15-cr-00046 NONE-SKO-1<br><br>STIPULATION TO CONTINUE SURRENDER DATE;<br>ORDER<br><br><br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender, Eric V. Kersten, Counsel for Defendant, Christina Antonia Martinez, that the self-surrender date for service of sentence may be continued from Tuesday, April 28, 2020 to Tuesday, July 28, 2020.

In light of the coronavirus pandemic Christina Martinez is requesting that her self-surrender date be extended 91 days, from Tuesday, April 28, 2020; to Tuesday July 28, 2020. The BOP is experiencing rapid increases in the number of confirmed coronavirus cases and counsel understands that BOP has halted all prisoner transfers; stopped all public visitation; and placed all facilities on lockdown.  Under these circumstances, now is not a good time for Ms. Martinez to self-surrender, either for her, or for the Bureau of Prisons, as doing so would

///

increase the health risks for Ms. Martinez and also for the inmates and employees of the Bureau of Prisons.

Ms. Martinez is a single mother with three children under the age of 16, one of whom is a new born Christina is currently breast feeding. Because Christina has been designated to a facility in Texas she would have to violate existing stay at home orders to travel to Texas to self-surrender. The schools of Christina's children have also closed and her children will be at home through the end of Summer, as the schools will not reopen until that time. The pandemic is an exceptional and unanticipated event that rightfully causes Ms. Martinez to fear for the health and safety of her children and herself.

Ms. Martinez has established that she is not a danger to the community as she has complied with all conditions of her release since February 26, 2015. Given the extraordinary circumstances related to the coronavirus pandemic the parties stipulate that Ms. Martinez' self-surrender date may be continued to July 28, 2020, with all other conditions of her pretrial release remaining in full force and effect.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: April 10, 2020  /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: April 10, 2020  /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CHRISTINA ANTONIA MARTINEZ

# ORDER

**IT IS SO ORDERED**.  Having been sentenced to the custody of the Bureau of Prisons, Defendant Christina Antonia Martinez, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal's office in Fresno, California before 2:00 p.m. on July 28, 2020.  The defendant is advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court.  All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this Order.

IT IS SO ORDERED.

Dated: __**April 10, 2020**__

_____
UNITED STATES DISTRICT JUDGE