HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTINA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>CHRISTINA ANTONIA MARTINEZ,<br><br>*Defendant.* | No. 1:15-cr-00046 NONE-SKO-1<br><br>STIPULATION TO CONTINUE SURRENDER DATE; ORDER<br><br><br><br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender, Eric V. Kersten, Counsel for Defendant, Christina Antonia Martinez, that the self-surrender date for service of sentence may be continued one month, from Tuesday, July 28, 2020 to Thursday, August 28, 2020.

Ms. Martinez is the mother of a six month old daughter who is still breastfeeding. She also has a nine year old son and sixteen year old daughter who reside with her. The baby's father, Wendell Brown, is a full time employee for PG&E and works long hours as he commutes to Oakland for work. Christina and Wendell planned for the baby to attend daycare when Christina was in custody; and Christina planned for her older children to attend school and reside with her mother. Unfortunately, due to the coronavirus pandemic daycare is not available for the baby (or anyone for that matter); and the Stanislaus County Schools are opening remotely in the Fall, with

no on-campus attendance. Christina's father passed away last year. Christina's mother works part time, and caring for Christina's older children twenty-four hours a day, seven days per week, will be extremely difficult for her to handle.

    Ms. Martinez has established that she is not a danger to the community as she has complied with all conditions of her release since February 26, 2015.  Given the extraordinary circumstances related to the coronavirus pandemic the parties stipulate that Ms. Martinez' self-surrender date may be continued to August 28, 2020, with all other conditions of her pretrial release remaining in full force and effect.

    Respectfully submitted,

    McGREGOR W. SCOTT
    United States Attorney

DATED: July 17, 2020    /s/ *Kathleen A. Servatius*
    KATHLEEN A. SERVATIUS
    Assistant United States Attorney
    Attorney for Plaintiff


    HEATHER E. WILLIAMS
    Federal Defender

DATED: July 17, 2020    /s/ *Eric V. Kersten*
    ERIC V. KERSTEN
    Assistant Federal Defender
    Attorney for Defendant
    CHRISTINA ANTONIA MARTINEZ

**ORDER**

**IT IS SO ORDERED.** Having been sentenced to the custody of the Bureau of Prisons, Defendant Christina Antonia Martinez, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal's office in Fresno, California before 2:00 p.m. on August 28, 2020. The defendant is advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this Order.

IT IS SO ORDERED.

Dated:   **July 17, 2020**          _/s/ Dale A. Drozd_
                                      UNITED STATES DISTRICT JUDGE