1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5
6 | Attorney for Defendant
CHRISTINA MARTINEZ
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-cr-00046 NONE-SKO-1 |
|---|---|
| *Plaintiff,* | STIPULATION TO CONTINUE SURRENDER DATE; ORDER |
| v. | |
| CHRISTINA ANTONIA MARTINEZ, | |
| *Defendant.* | JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender, Eric V. Kersten, Counsel for Defendant, Christina Antonia Martinez, that the self-surrender date for service of sentence may be continued for two months, from Thursday, August 28, 2020, to Wednesday, October 28, 2020.

Ms. Martinez is the mother of an eight month old daughter who is still breastfeeding. She also has a nine year old son and sixteen year old daughter who reside with her. The baby's father, Wendell Brown, is a full time essential employee for PG&E who works long hours and commutes to Oakland for work. Also, due to the wildfire outbreak he has reported for work in Napa, where he may be required to work for an extended period to repair damage resulting from the fires.

In addition, Ms. Martinez is particularly vulnerable to the coronavirus as she suffers from asthma, for which she receives breathing treatments and is proscribed albuterol and inhaler. She also suffers from obesity, with a BMI of 37.2.

Ms. Martinez has established that she is not a danger to the community as she has complied with all conditions of her release since February 26, 2015. Given the extraordinary circumstances related to the coronavirus pandemic and the wildfires the parties stipulate that Ms. Martinez' self-surrender date may be continued to October 28, 2020, with all other conditions of her pretrial release remaining in full force and effect.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: August 21, 2020

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: August 21, 2020

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CHRISTINA ANTONIA MARTINEZ

1 **ORDER**

2     **IT IS SO ORDERED**.  Having been sentenced to the custody of the Bureau of Prisons,
3 Defendant Christina Antonia Martinez, shall surrender to the institution designated by the
4 Bureau of Prisons, or if no such institution has been designated, to the United States Marshal's
5 office in Fresno, California before 2:00 p.m. on October 28, 2020.  The defendant is advised it is
6 a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for
7 service of sentence pursuant to the order of this Court.  All conditions of pretrial release shall
8 remain in effect until the defendant surrenders in accordance with this Order.

9 IT IS SO ORDERED.

10     Dated: __**August 23, 2020**__                    /s/ Dale A. Drozd

11                                                                       UNITED STATES DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28