HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHRISTINA ANTONIA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00046-NONE-SKO |
| Plaintiff, | **ORDER TO EXTEND SURRENDER DATE** |
| vs. | |
| CHRISTINA ANTONIA MARTINEZ, | Judge:  Hon. Dale A. Drozd |
| Defendant. | |

On July 8, 2019 Christina Antonia Martinez was sentenced to a 30-month term of imprisonment in the United States Bureau of Prisons, and allowed to self-surrender to the Bureau of Prisons to begin service of her term.  Defendant Martinez petitioned this court for an order extending her previously imposed surrender date and the matter came on for hearing on October 30, 2020.  Having considered the arguments of the parties, the Court Orders:

Having been sentenced to the custody of the Bureau of Prisons, Defendant Christina Antonia Martinez, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal's office in Fresno, California before 2:00 p.m. on January 27, 2021.  The defendant is advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence

/////

////

1  pursuant to the order of this Court. All conditions of pretrial release shall remain in effect until
2  the defendant surrenders in accordance with this Order.

4  IT IS SO ORDERED.

5  Dated:   **November 9, 2020**　　　　　　　　　　*Dale A. Drozd*
                                              UNITED STATES DISTRICT JUDGE